# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Diondrea Holt<br><br>*Defendant(s)* | )<br>)<br>) Case No. 20-900M (NJ)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 26, 2020__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 751(a) | Escape from custody |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deputy U.S. Marshal Benjamin Grams
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 9, 2020

_____
*Judge's signature*

City and state: Milwaukee, Wisconsin

Hon. Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND APPLICATION FOR AN ARREST WARRANT

I, Benjamin Grams, being first duly sworn on oath depose and say that upon personal knowledge and upon information and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Deputy United States Marshal for the United States Department of Justice for approximately 4 years. As part of my duties, I conduct investigations to locate federal and state fugitives. I have had both formal training and have participated in numerous investigations to locate federal and state fugitives. I am an investigator, or law enforcement officer, of the United States, within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. This affidavit is based on my personal knowledge, information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

## PROBABLE CAUSE

3. This affidavit is submitted in support of an application for the issuance of a criminal complaint charging Diondrea L. Holt with escape from custody in violation of 18 U.S.C. § 751(a).

4. On January 10, 2014, Diondrea L. Holt pled guilty in the Eastern District of Wisconsin of violating Title 18 U.S.C. § 922(g)(1) in case number 13-CR-201-JPS.

5. On April 3, 2014, Diondrea L. Holt was sentenced and committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 70 months, to run consecutively to the sentence the defendant was serving in Milwaukee County Case No.

1

2011CF1310. Holt was eventually transferred to a halfway house (Parsons House, Residential Reentry Center, in Milwaukee, Wisconsin) to serve the remainder of his sentence. On February 26, 2020, Holt had approval to leave the halfway house on a pass, but he failed to return before the pass expired.

6. On February 26, 2020, the United States Marshals received a notification from the Residential Reentry Office, Chicago, IL, indicating that Holt was placed on escape status as of 5:25 p.m. (CST). Parsons House, Residential Reentry Center staff, located in Milwaukee, Wisconsin, attempted to contact Holt, his emergency contacts, local law enforcement and local area hospitals, all without success.

7. On February 27, 2020, your affiant contacted the Parsons House, Residential Reentry Center and was informed that Holt had not contacted the Center since February 26, 2020. Holt has also not contacted the United States Marshals Service since February 26, 2020. His name has also been entered in the National Crime Information Center (NCIC) as an escape due to his failure to return to Parsons House, Residential Reentry Center. To date, there has been no report reflected in the NCIC database indicating Holt has had contact with any reporting law enforcement agency.

8. This affidavit is intended to respectfully show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant, and as such, does not set forth all the details of the investigation.

9. Based on the foregoing facts and my training and experience, I respectfully submit that probable cause exists to issue a criminal complaint and arrest warrant for Diondrea L. Holt, for a violation of 18 U.S.C. § 751(a), escape from custody.